UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L&M TIRE COMPANY, INC., a California corporation, dba EXPRESS TIRE,<br><br>  Plaintiff,<br><br>  v.<br><br>MYERS TIRE SUPPLY DISTRIBUTION, INC., an Ohio corporation, and DOES 1-10, inclusive,<br><br>  Defendant. | CASE NO.: 09-CV-0453 IEG (POR)<br><br>ORDER OF DISMISSAL<br><br>[Doc. No. 23]<br><br>Action Filed:   February 5, 2009<br>Trial Date:     None set |

Before the Court is the parties' Stipulation of Dismissal, which was filed on September 11, 2009. [Doc. No. 23]. Having considered the parties' stipulation, and GOOD CAUSE appearing, IT IS HEREBY ORDERED that the Complaint for Breach of the Implied Warranty of Merchantability be dismissed WITH PREJUDICE.

  **IT IS SO ORDERED.**

DATE:  September 24, 2009

_____
IRMA E. GONZALEZ, Chief Judge
United States District Court